# UNITED STATES BANKRUPTCY COURT
## Middle District of Georgia

| | |
|---|---|
| IN RE: <br> MARK TIMOTHY HOOTEN <br>     DEBTOR/PLAINTIFF <br><br> VS. <br><br> GOVERNOR OF GEORGIA <br><br> NCO FINANCIAL <br> AND <br><br> GIBSON GUITARS <br> AND <br><br> GEORGIA DEPARTMENT OF <br> CORRECTIONS PROBATION <br> OFFICE, <br>     DEFENDANTS. | Bankruptcy Case Number <br>     02-55472 rfh <br><br> Adv. Proceedings Number |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Comes now the Debtor, Mark Timothy Hooten, Plaintiff in the adversary proceeding and states his claim for relief as follows:

1. This Court has exclusive jurisdiction of this adversary proceeding pursuant to 28 U.S.C. § 157(b)(1).

2. Pursuant to Federal Rule of Bankruptcy Procedure 7008(a), plaintiff states that this is a "core proceeding" within the meaning of 28 U.S.C. § 157(b).

3. The Plaintiff, the debtor herein, filed a petition in this court on November 27, 2002 for relief under chapter 7 of the Bankruptcy Code. Said case was discharged on March 06, 2003.

4. The Defendants through their agents, servants, or employees had knowledge of the Chapter 7 Petition and its discharge.

5. The debtor was convicted on December 6, 2007 and restitution was ordered for debt that had been discharged against NCO Financial and Gibson Guitar Corp. some four years and nine months earlier. Previous counsel was aware that the debt had been discharged prior to any indictment or conviction and was supposed to bring the matter back before the Court to have the alleged restitution reduced by corrected amounts. The previous counsel failed to do so.

6. Now the debtor has appeared before the Trial Court on a probation modification/revocation hearing on March 25, 2010. The Court sentenced him to five (5) years to the State Correctional System, sentence suspended upon payment of restitution in full within sixty (60) days.

7. Unless the Defendant Governor of Georgia, NCO Financial, Gibson Guitars, and the Georgia Department of Corrections Probation Office are permanently enjoined, the Plaintiff will suffer immediate, irreparable injury, loss or damage in that such action of the Defendants is in breach of the protections afforded to the Debtor under 11 U.S.C. Section § 524, 523, 105, and 726 (a)(4).

8. Unless the Defendants are enjoined and Declaratory relief granted by this Court, the Debtor will suffer immediate, irreparable injury, loss or damage in that the Plaintiff will suffer loss of liberty for a discharged debt.

9. The Debtor is currently incarcerated and is indigent and cannot afford an attorney to handle such a complex matter.

Wherefore, the Plaintiff demands judgment against the Defendants for the following:

1. For a preliminary and permanent injunction to prohibit the State of Georgia from using threat of loss of liberty to collect a lump sum payment through restitution to pay a debt in full that had been discharged prior to conviction or indictment.

2. To appoint counsel to represent the Debtor in this action since he is indigent and

further relief as may be deemed and is proper.

Respectfully Submitted, this 23rd day of May, 2010

*Mark Timothy Hooten*
Mark Timothy Hooten
Pro-Se

Jones County L.E.C.
P.O. Box 874
Gray, GA 31032

# UNITED STATES BANKRUPTCY COURT
## Middle District of Georgia

| | |
|---|---|
| IN RE:<br>MARK TIMOTHY HOOTEN<br>    DEBTOR/PLAINTIFF<br><br>VS.<br><br>GOVERNOR OF GEORGIA<br><br>NCO FINANCIAL<br>AND<br><br>GIBSON GUITARS<br>AND<br><br>GEORGIA DEPARTMENT OF<br>CORRECTIONS PROBATION<br>OFFICE,<br>    DEFENDANTS. | Bankruptcy Case Number<br>　02-55472 rfh　<br><br>Adv. Proceedings Number<br>_____ |

### Certificate of Service

I hereby certify that I have this day served a copy of the above and foregoing COMPLAINT FOR INJUNCTIVE AND DECLATORY RELIEF upon:

Gibson Guitar Corp.
Post Office Box 307077
Nashville, TN  37230-7077

and

NCO Financial
3850 N. Causeway Boulevard
2nd Floor
Metairie, LA  70002

and

Governor of Georgia
203 State Capitol
Atlanta, GA 30334

Page 1 of 2

and

Georgia Department of Corrections Probation Office
P.O. Box 405699
Atlanta, GA 30384-5699

by placing a copy thereof in a properly addressed envelope, and placing the same in the United States Mail with sufficient postage affixed to ensure delivery.

This 23rd day of May, 2010

_Mark Timothy Hooten_
Mark Timothy Hooten
Pro-Se

UNITED STATES BANKRUPTCY COURT
Middle District of Georgia

IN RE:
MARK TIMOTHY HOOTEN
    DEBTOR/PLAINTIFF

VS.

GOVERNOR OF GEORGIA

NCO FINANCIAL
AND

GIBSON GUITARS
AND

GEORGIA DEPARTMENT OF
CORRECTIONS PROBATION
OFFICE,
    DEFENDANTS.

Bankruptcy Case Number
02-55472 rfh

Adv. Proceedings Number
_____

State of Georgia

    MARK TIMOTHY HOOTEN, being first duly sworn, deposes and says

1. Affiant is the plaintiff herein.

2. Unless the Defendants, Governor of Georgia, Gibson Guitar, Corp., NCO Financial, Georgia Department of Corrections Probation Office, are temporarily and permanently restrained from criminally prosecuting the Plaintiff, immediate and irreparable injury, loss and damage will result to the Plaintiff, in that the Defendants' threatened action denies the Plaintiff the protection afforded by 11 U.S.C. § 524, 523(c) Bkrtcy. Rule 4007 (c), and § 105, and will frustrate and impair the administration of this chapter 7 case. Such irreparable injury, loss or damage will result before notice can be provided and any hearing had on the request for a temporary and permanent restraining order contained in the complaint.

                                                                   Mark Timothy Hooten

Sworn to and subscribed before me this 23rd Day of May, 2010
Kimberly Cox Miller                             April 27, 13
Notary Public                                                 My Commission Expires

# EXHIBIT A